FILED
2020 Nov-19 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **THOMAS C. SOURAN**, | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:20-CV-01239-CLM |
| **TURKS BAMA BUCKS**, **LLC,** et al., | ) |
| **Defendants.** | ) |

### MEMORANDUM OPINION

Pro se plaintiff Thomas C. Souran brings this breach of contract and fraud case against Turks Bama Bucks, LLC, Terry Turk, and Jennifer Turk. *See* Doc. 1. In his complaint, Souran alleges that this court has diversity jurisdiction over this action which requires that (a) the amount in controversy exceeds $75,000 and (b) every plaintiff is of diverse citizenship from every defendant. *See* 28 U.S.C. 1332. But Souran, who is a resident of Wisconsin, failed to allege in his complaint the citizenship of defendants. *See* Doc. 1. So the court ordered Souran to show cause as to why this case should not be dismissed for lack of jurisdiction. *See* Doc. 3.

Souran has responded to the court's order to show cause by arguing that this court has jurisdiction because "Defendants either are incorporated in Alabama and the Registered Agent is in Alabama or reside in Alabama and the transaction in dispute occurred in Alabama." Doc. 4 at 2. Souran asks that if he is wrong about this

court having jurisdiction over this case that under 28 U.S.C. § 1404 the court transfer this case to a federal court that does have jurisdiction. *See id.*

Even if individual defendants Terry and Jennifer Turk are both residents *and* citizens of Alabama, Souran has failed to show that this court has diversity jurisdiction over this case. That is because Turks Bama Bucks, LLC is a limited liability. And as explained in the court's show cause order, a limited liability company or partnership is a citizen of any state of which a member of the company or partnership is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004). So to sufficiently allege the citizenship of a limited liability company, a party must identify the citizenship of all its members. *See id.*

Souran has failed to identify who the members of Turks Bama Bucks, LLC are or the citizenship of its members. So he has failed to meet his burden to show that he may bring this case in federal court. The court will thus: (1) dismiss this case without prejudice for lack of jurisdiction and (2) deny Souran's request that the court transfer this case to another federal district court. Because the court's dismissal is without prejudice, Souran can refile this case in state court where there is no need to establish diversity jurisdiction. The court will enter a separate order that closes this case.

**DONE** this November 19, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE